**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 05-6729**

————————

MARCO MINUTO,

                                        Plaintiff - Appellant,

          versus

KEVIN WENDT, Warden, Federal Correctional
Institution at Gilmer,

                                        Defendant - Appellee.

————————

**No. 05-7358**

————————

MARCO MINUTO,

                                        Petitioner - Appellant,

          versus

KEVIN WENDT, Warden, Federal Correctional
Institution at Gilmer,

                                        Respondent - Appellee.

————————

Appeals from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-04-87-1; CA-04-87-1-IMK)

————————

Submitted:  February 8, 2006          Decided:  May 26, 2006

———————————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marco Minuto, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Marco Minuto appeals from the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition, denying his Fed. R. Civ. P. 60(b) motion for reconsideration, and denying his subsequent motion for clarification.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Minuto v. Wendt</u>, Nos. CA-04-87-1; CA-04-87-1-IMK (N.D. W. Va. May 3 & Aug. 8, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>